IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES OPHEIM, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 3:16-CV-1097-N-BK |
| | § | |
| WELLS FARGO BANK, and | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE